NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Kathleen E. Finnerty, SBN: 157638
FINNERTY LAW OFFICES, INC.
3017 Douglas Blvd., Suite 230
Roseville, CA 95661
Tele: 916-783-1644

ATTORNEY(S) FOR: Defendant, AWH BURBANK HOTEL, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim<br><br>Plaintiff(s),<br><br>v.<br><br>AWH BURBANK HOTEL LLC, a Delaware limited liability company dba Los Angeles Marriott Burbank Airport<br><br>Defendant(s) | CASE NUMBER:<br><br>2:21-CV-02514-PSG-AGR<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendant_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim | Plaintiff |
| AWH BURBANK HOTEL LLC, a Delaware limited liability company dba Los Angeles Marriott Burbank Airport | Defendant |

April 30, 2021                                    /s/ Kathleen E. Finnerty
Date                                                    Signature

Attorney of record for (or name of party appearing in pro per):

Defendant